STATE OF CONNECTICUT *v.* JULIAN A. CHETCUTI

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued October 9—decided October 10, 1969

*David M. McHugh,* assistant public defender, for the appellant (defendant).

*Arlen D. Nickowitz,* assistant state's attorney, with whom, on the brief, was *Joseph T. Gormley, Jr.,* state's attorney, for the appellee (state).

PER CURIAM. The jury's verdict was amply supported by the evidence.

There is no error.